# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

KINGSTON WONEGIE RANGE,

    *Petitioner*,

vs.

JAMES M. SCHOMIG, *et al.*

    *Respondents*.

2:03-cv-01608-RLH-PAL

ORDER

This closed habeas matter comes before the Court on petitioner's motion (#51) for an extension of time to file a Rule 60(b) motion. The motion will be denied. Rule 6(b)(2) of the Federal Rules of Civil Procedure provides that "[a] court must not extend the time to act under Rule[] . . . 60(b)." *See also Hughes v. Idaho State Board of Corrections*, 800 F.2d 905, 909 (9th Cir. 1986)(release of inmate who previously had helped petitioner did not provide cause to excuse a procedural default).

IT THEREFORE IS ORDERED that petitioner's motion (#51) for an extension of time to file a Rule 60(b) motion is DENIED.

DATED: December 1, 2010.

                                                          _____
                                                          ROGER L. HUNT
                                                          Chief United States District Judge